UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
CHNY1481

IN RE:

JOANITH EDWARDS-MCNEIL

Debtor(s).

Chapter: 13

Case No.: 18-23505 RDD

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005-AR5

This party is a party in interest in this case and is a secured creditor pursuant to a mortgage dated August 12, 2005 and recorded in the Office of the WESTCHESTER County Clerk/Register on February 22, 2006 as Control Number 460330430, of the Debtor(s):

JOANITH EDWARDS-MCNEIL

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: October 22, 2018

FEIN, SUCH & CRANE, LLP
Attorneys for Movant JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR5, Mortgage Pass-Through Certificates, Series 2005

By: /s/ TAMMY L. TERRELL BENOZA
TAMMY L. TERRELL BENOZA, ESQ.
1400 OLD COUNTRY ROAD, SUITE C103
WESTBURY, NY 11590
516-394-6921
and
7 CENTURY DRIVE, SUITE 201
PARSIPPANY, NEW JERSEY 07054
973-538-4700