UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE:  Joanith Edwards-McNeil | CASE NO: 18-23505 |
|---|---|
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/21/2018, I did cause a copy of the following documents, described below,

Chapter 13 Plan

Exhibit A - Appraisal

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/21/2018

/s/ Carl J. Nelson, Esq.
Carl J. Nelson, Esq.  4714788
Counsel to Debtor
Carl J. Nelson Law, P.C.
800 Westchester Avenuem, Suite N-641
Rye Brook, NY  10573
877 282 2882

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  Joanith Edwards-McNeil

CASE NO: 18-23505

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/21/2018, a copy of the following documents, described below,

Chapter 13 Plan

Exhibit A - Appraisal

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/21/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Carl J. Nelson, Esq.
Carl J. Nelson Law, P.C.
800 Westchester Avenuem, Suite N-641
Rye Brook, NY  10573

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TRINITY FINANCIAL SERVICES LLC
ATTN: PRESIDENT
2618 SAN MIGUEL DR # 303
NEWPORT BEACH CA  92660-5437

TRINITY FINANCIAL SERVICES LLC
C/O ALDRIDGE PITE LLP
40 MARCUS DR STE 200
MELVILLE NY  11747-4200

CAPITAL ONE BANK (USA) N.A.
PO BOX 71083
CHARLOTTE NC  28272-1083

CHASE MTG
ATTN: PRESIDENT
270 PARK AVE
NEW YORK NY 10017-2070

FEIN SUCH & CRANE LLP
ATTORNEYS FOR JPMORGAN CHASE BANK
1400 OLD COUNTRY ROAD
SUITE C103
WESTBURY NY 11590-5119

JPMORGAN CHASE BANK N.A.
ATTN: OFFICER
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE LA 71203

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET ROOM 1006
NEW YORK NY 10014-9449

KRISTA M. PREUSS
CHAPTER 13 STANDING TRUSTEE
399 KNOLLWOOD ROAD
WHITE PLAINS NY 10603-1931